**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
_____

**KOHLER CO.,**
        **Plaintiff,**

**v.**                                                               **Case No. 13-cv-1170**

**OTTO R. KOPIETZKI,**
        **Defendant.**
_____

## ORDER

On December 19, 2014, I gave the parties ten days to show good cause why the exhibits attached to the Declaration of Michael J. Aprahamian (ECF No. 82) should be kept under seal or to withdraw these documents from the record. Plaintiffs request that these documents be withdrawn from the record. I will grant that request.

**THEREFORE, IT IS ORDERED** that Exhibits A, C, D, G, H, I, and J to the October 15, 2014 Declaration of Michael J. Aprahamian are withdrawn. The Clerk shall withdraw the following documents from the record: ECF Nos. 82-1, 82-3, 82-4, 82-7, 82-8, 82-9, 82-10, 82-13, 82-14, 82-15, 82-16, 82-17, 82-18, and 82-19.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Seal Documents (ECF No. 83) is **DENIED** as moot.

Dated at Milwaukee, Wisconsin, this 30th day of December, 2014.

                                                                                       s/ Lynn Adelman
                                                                                      _____
                                                                                      LYNN ADELMAN
                                                                                      District Judge